IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISA ROBINSON ZEIGLER, | ) | |
| | ) | |
| v. | ) | 3:04-1011 |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security. | ) ) | |

**O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Brown in which he recommends Plaintiff's Motion for Judgment on the Administrative Record be denied and the Commissioner's decision be affirmed. No objections have been filed.

The Court has read and considered the Report and finds the same to be correct in fact and law. For the reasons set forth in the Report and Recommendation, the Motion for Judgment on the Administrative Record by the Plaintiff is hereby **DENIED,** and the decision of the Commissioner is **AFFIRMED**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge